FULFORD, Appellant, v. LANGLEY, Respondent. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by Thomas B. Fulford against Sarah J. Todd Langley. No opinion. Judgment unanimously affirmed, with costs.

---

FULMER, Appellant, v. FULMER, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Chester B. Fulmer against Grace M. Fulmer. PER CURIAM. Order modified, by reducing the allowance for counsel fee to the sum of $500, and, as modified, affirmed, without costs. WOODWARD, J., dissents.

---

GAGE v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by Peter A. Gage against the city of New York and others. No opinion. Motion to certify questions to the Court of Appeals denied, with $10 costs, and motion to resettle order granted.

---

In re GALL. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) In the matter of the judicial settlement of the account of Amelia Gall, as administratrix, etc. No opinion. Motion granted.

---

GALLAGHER, Respondent, v. NEWMAN, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Annie Gallagher, as administratrix, against Edgar B. Newman. L. S. Garrere, for appellant. J. A. Allen, for respondent. No opinion. Order affirmed, with costs.

---

GALLAGHER, Respondent, v. TUITE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by Margaret Gallagher against Thomas W. Tuite, individually and as administrator, etc., of Bridget Dillon, deceased, and others. PER CURIAM. Judgment affirmed, with costs.

BARTLETT and MILLER, JJ., dissent.

---

CAYARD et al., Respondents, v. TEXAS CRUDE OIL & MINING CO. et al., Appellants (four cases). (Supreme Court, Appellate Division, First Department. December 8, 1905.) Actions by Julius Cayard and others against the Texas Crude Oil & Mining Company and others. H. H. Niemann, for appellants. W. C. Low, for respondents. No opinion. Judgments affirmed, with costs, with leave to defendant to withdraw demurrers and to answer, on payment of costs in this court and in the court below.

---

GEDNEY v. SIAS et al. (Supreme Court, Appellate Division, First Department. December 15, 1905.) Action by Mary E. Gedney against Arthur W. Sias and others. No opinion. Motion denied, on appellant paying $10 costs and stipulating to be ready for January term.

---

GEIN v. LITTLE. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Louis Gein against William M. Little. No opinion. Motion denied, with $10 costs.

---

GENET v. PRESIDENT, ETC., DELAWARE & H. CANAL CO. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by Augusta G. Genet against the president, etc., of the Delaware & Hudson Canal Company. No opinion. Motion denied, with $10 costs.

---

GIBBS, Respondent, v. UNION RY. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Mary J. Gibbs against the Union Railway Company of New York. B. H. Ames, for appellant. C. Caldwell, for respondent. No opinion. Judgment and order affirmed, with costs.

---

GIBSON, Respondent, v. STENTON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Burton W. Gibson against Louisa M. Stenton and others. W. A. Boyd, for appellants. A. E. Blackmar, for respondent. No opinion. Interlocutory judgment affirmed, with costs.

---

GLASER v. HOME INS. CO. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by Joseph Glaser against the Home Insurance Company. No opinion. Upon filing usual stipulation for judgment absolute, motion granted.

---

GLEICH, Respondent, v. COBB, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Harry Gleich against Jacob L. Cobb. No opinion. Judgment affirmed, with costs.

---

GLOBE & RUTGERS FIRE INS. CO. v. ROBBINS & MYERS CO. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Action by the Globe & Rutgers Fire Insurance Company against the Robbins & Myers Company. No opinion. Motion denied, with $10 costs.

---

GOLDMARK v. SEACOAST PACKING CO. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Ralph W. Goldmark against the Seacoast Packing Company. No opinion. Resubmission of motion ordered.

---

GOLDMARK et al., Respondents, v. SEACOAST PACKING CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by Ralph W. Goldmark and others against the Seacoast Packing Company and others. No opinion. Motion denied, with $10 costs.

---

GOODMAN, Respondent, v. MAZE, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Martin M. Goodman against Montgomery Maze.